# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Helmsman Management Services, LLC**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00122-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolina Mills, Inc.**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 17, 2019 Order. Accordingly, defendant is ordered to reimburse the plaintiff the full amount of $461,344.19 plus post judgment interest.

January 17, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court